

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00175-CR

Ex Parte Gregorio **ROMERO**

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 3427-B
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 20, 2013.

Karen Angelini, Justice